CR 22-234 KMM/TNL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| v. | ) | 18 U.S.C. § 924(a)(8) |
| | ) | |
| JUSTICE ANTHONY VALENTINO, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felon in Possession of a Firearm)

On or about August 6, 2022, in the State and District of Minnesota, the defendant,

**JUSTICE ANTHONY VALENTINO,**

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Felony Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Fleeing Police Officer in Motor Vehicle | Isanti County, MN | June 8, 2022 |
| Drugs – 5th Degree – Sale or Possession | Wright County, MN | April 25, 2022 |
| Domestic Assault | Hennepin County, MN | August 7, 2019 |
| Burglary – First Degree | Hennepin County, MN | September 25, 2015 |
| Simple Robbery | Hennepin County, MN | September 25, 2015 |
| Terroristic Threats | Hennepin County, MN | September 25, 2015 |

SCANNED
SEP 1 5 2022
U.S. DISTRICT COURT ST. PAUL

United States v. Valentino

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm—that is, a Ruger model LC9 semiautomatic 9-millimeter pistol with an obliterated serial number—all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## **FORFEITURE ALLEGATIONS**

Count 1 of this Indictment is incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d) and Title 28, United States Code, Section 2461(c).

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in or used in the commission of Count 1, including, but not limited to, a Ruger model LC9 semiautomatic 9-millimeter pistol with an obliterated serial number, and any ammunition and accessories seized therewith.

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY              FOREPERSON