## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　　Plaintiff,<br>v.<br>JUSTICE ANTHONY VALENTINO,<br>　　　　　　　　　　　Defendant, | Criminal No. 22-CR-234 (KMM/TNL)<br><br>**FILED UNDER SEAL** |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　　(X) Ad Prosequendum　　　( ) Ad Testificandum

Name of Detainee:　JUSTICE ANTHONY VALENTINO
Detained at (custodian):　HENNEPIN COUNTY JAIL

The government is requesting the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) to transport detainee.

Detainee is:　a.)　(X) charged in this district by: Indictment
　　　　　　　　　　Charging Detainee With: Felon in Possession of a Firearm
　or　　　b.)　( ) a witness not otherwise available by ordinary process of the Court

Detainee will:　a.)　( ) return to the custody of detaining facility upon termination of this proceeding
　or　　　b.)　(X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on September 19, 2022 at 1:30 p.m. in the courtroom of The Honorable David T. Schultz.

Dated: September 16, 2022

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Jordan L. Sing*
　　　　　　　　　　　　　　　　　　　　　　　　JORDAN L. SING, AUSA

### WRIT OF HABEAS CORPUS

　　　(X) Ad Prosequendum　　　( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

September 16, 2022　TONY N. LEUNG　　　　　　/s/ Tony N. Leung
Date　UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | | DOB: | xx/xx/1994 |
| Facility Address: | 350 South Fifth Street | Race: | |
| | Minneapolis, MN 55415 | FBI #: | |
| Facility Phone: | 612-348-5112 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____

(Signature)

Writ issued 9/16/2022