IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: David T. Schultz |
| | U.S. Magistrate Judge |
| v. | Case No: 22-cr-234 KMM/TNL |
| | Date: September 19, 2022 |
| Justice Anthony Valentino, | Courthouse: Minneapolis |
| | Courtroom: 9E |
| Defendant, | Time Commenced: 1:48 p.m. |
| | Time Concluded: 1:52 p.m. |
| | Time in Court: 4 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
    X FPD    X To be appointed

Date Charges Filed: 9/15/2022    Offense: felon in possession

X Advised of Rights

on    X Indictment

X Defendant detained, govt to submit a proposed order.

X Detention hearing waived and reserved
X Defendant also arraigned at this hearing, see separate arraignment minutes.
X Government moves to unseal the case.    X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                              s/JAM
                            Signature of Courtroom Deputy