# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Justice Anthony Valentino,<br>　　　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:　DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No:　22-cr-234 KMM/TNL<br>Date:　September 19, 2022<br>Courthouse:　Minneapolis<br>Courtroom:　9E<br>Time Commenced:　1:52 p.m.<br>Time Concluded:　1:54 p.m.<br>Time in Court:　2 minutes |

**APPEARANCES:**

　Plaintiff: Matthew Ebert, Assistant U.S. Attorney
　Defendant:  Manny Atwal
　　　X FPD

**Indictment Dated:** September 15, 2022

　X Reading of Indictment Waived　　　X Not Guilty Plea Entered

Other Remarks:

X Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/JAM
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy