UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 22-cr-234 (KMM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Justice Anthony Valentino, | |
| Defendant. | |

---

This matter comes before the Court on Defendant Justice Anthony Valentino's Motion to Continue Motions Hearing, ECF No. 27. Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act, ECF No. 28. Defendant requests that the motions hearing scheduled for December 6, 2022, be continued "for an additional 30-45 days" as he "was recently presented with a proposed plea and sentencing stipulations that he needs further time to consider with his attorney." ECF No. 27 at 1. Defendant is also "working through several Minnesota state court cases that may have a critical impact on his decision whether to consider a plea or further litigate his case." ECF No. 27 at 1. The Government joins in Defendant's request to continue the hearing. ECF 27 at 1.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Continue Motions Hearing, ECF No. 27, is **GRANTED**.

2. The period of time from **December 2, 2022, through January 20, 2023,** shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing scheduled for December 6, 2022, ECF No. 25, is **CONTINUED** to **January 20, 2023, at 1:00 p.m.**, before the undersigned in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

4. Any Notice of Intent to Call Witnesses shall be filed by **January 12, 2023**.

5. Any Responsive Notice of Intent to Call Witnesses shall be filed by **January 18, 2023**.

6. **The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for Judge Katherine M. Menendez to confirm the new trial date.**

Dated: December     2    , 2022

　　　　　　　　　　　　　　　　　　　　*s/ Tony N. Leung*
　　　　　　　　　　　　　　　　　　　　TONY N. LEUNG
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　District of Minnesota

　　　　　　　　　　　　　　　　　　　　*United States v. Valentino*
　　　　　　　　　　　　　　　　　　　　Case No. 22-cr-234 (KMM/TNL)