UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-234 (KMM/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Justice Anthony Valentino, | |
| Defendant. | |

This matter comes before the Court on Defendant Justice Anthony Valentino's Motion for a Continuance of Motion Hearing and Trial Date, ECF No. 39.[1] Defendant requests that the motions hearing set for tomorrow, January 20, 2023, ECF No. 29, be continued and rescheduled "within 20 days of the scheduled date and time" as "a new proposed plea agreement and sentencing proposal was presented for [his] review" and that "new proposal will not be available to [him] should the hearing go forward as scheduled." ECF No. 39 at 1. Defendant therefore requests this additional time to consider his options. The Government has no objection to the requested continuance. ECF No. 39 at 1.

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide the parties and their respective counsel the time necessary for effective preparation and to make efficient use of the parties'

---

[1] Defense counsel has represented as an officer of the court that a statement of facts signed by Defendant in support of the motion will be forthcoming.

resources. Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for a Continuance of Motion Hearing and Trial Date, ECF No. 39, is **GRANTED**.

2. The period of time from **January 19 through February 9, 2023**, shall be excluded from Speedy Trial Act computations in this case.

3. The motions hearing shall take place before the undersigned on **February 9, 2023**, at **1:30 p.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

4. **The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Katherine M. Menendez to confirm the new trial date.**

Dated: January __19__, 2023

        *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Valentino*
Case No. 22-cr-234 (KMM/TNL)